Frank White, and Frank L. Rees and Mahone Rees, copartners doing business under the firm name of Rees & Rees, Appellants, vs. Hattie L. Redding and W. H. Redding, her husband, Appellees.

Appeal from Circuit Court, Suwannee county; John F. White, Judge.

F. L. Rees, for Appellants.

J. B. Johnson and A. J. Henry, for Appellees.

The bill in this cause was filed by the appellees against the appellants. There was decree for the com-

plainants, and the defendants appeal.    The decree is affirmed.

Decision *Per Curiam*.